Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ☐ ST. THOMAS/ST. JOHN ☐ ST. CROIX

Tia M. Gomez
(Print your full name)

Plaintiff *pro se*,

v.

The People of the Virgin Islands

Defendant(s)

**COMPLAINT**

Civil Action No. 3:23cv0050
(To be provided by the Clerk of Court)

Rec'd DCVI-ST 10 16'23 PM 01:31

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

**I. Basis for Jurisdiction:**

☑ Federal Question (suit is based upon a treaty, federal statute or the United States Constitution)[1]

What federal Constitutional, statutory or treaty right is at issue?

_____

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident and the amount in controversy exceeds $75,000.00).[2]

Plaintiff's state of citizenship: _____

Defendant(s) state(s) of citizenship: _____

_____

☐ Other (describe) _____

---

[1] *See* 28 U.S.C. § 1331

[2] *See* 28 U.S.C. § 1332

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

## II. Parties in this complaint:

A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

Name: Tia M. Gomez
Street Address: 8F Estate Thomas
City/State/Zip Code: ST. Thomas USVI 00801
Telephone No.: 640-1161    Email Address: Sweettri@live.com

B. Provide the name and address of each defendant listed in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: The People of The Virgin Islands Congress Woman
Street Address: 9100 Havensight
City/State/Zip Code: ST. Thomas VI 00802
Telephone No.: 340-774-4408

Defendant No. 2
Name: Chief Executive
Street Address: 8000 Nisky Shopping Center
City/State/Zip Code: ST. Thomas US VI 00802
Telephone No.: 340-714-1700

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) street address; and (3) city/state/zip code.

## III. Statement of Claim

Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? ST. Thomas Virgin Islands

B. What date did the events giving rise to your claim(s) occur? From the day she took office

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

C. Provide the essential facts of your case "**IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES.**"[3] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. _____
_____
_____
_____

2. _____
_____
_____
_____

3. _____
_____
_____
_____

4. _____
_____
_____

5. _____
_____
_____

6. _____
_____
_____

---

[3] FED. R. CIV. P. 10.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

### IV. Damages

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

### V. Relief Requested (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

☑ Monetary damages in the amount of: _____
against:

✓ All defendants      ___ Def. No. 1      ___ Def. No. 2

☐ An injunction ordering: _____
against:

___ All defendants      ___ Def. No. 1      ___ Def. No. 2

☐ Other (*specify*):_____
against:

___ All defendants      ___ Def. No. 1      ___ Def. No. 2

☐ Costs and fees incurred in litigating this matter.

☐ Trial by jury on all issues so triable.

☐ Such other relief as may be appropriate.

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## VII. Verification and Declaration under Penalty of Perjury

*Initial each of the following*:

_JM_ I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

_JM_ I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

_JM_ In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant**.

_JM_ I have included:

☐ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to Clerk, District Court of the Virgin Islands; **or**

☑ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

_____ \*\*I have included the following (available from the clerk's office):

☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

_____ I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

_____ I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

☐ Pro Se ECF Registration Form

\*\* *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

_JM_ I agree to promptly notify the clerk of any change of address.

_JM_ I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This _16_ day of _October_, 20_23_.

_Jia M. Money_
Signature of plaintiff

Tia Gomez
P.O. Box 7514
St. Thomas VI 00801
340-344-5698
Sweettvi@live.com
340-690-1161

I Tia Gomez have been a victim of Decimation base on violation of my Constitutional and Civil Rights. Retaliation base on Discrimatory and Retaliatory Political Affiliation, Falsely Accused of Misconduct, Family Status Due To Safety Violations, Hate Crimes, National Origin, Causing Disability Problems, Sexual Harassment, Prostitution and Assassination Programs, Satanic, Mkultra, Holocaust Torture, Mind Control, Illegal use of unauthorized experiments and Wrongful Judgment base on Political Affiliation by Higher Secret Security Society.

Political Affiliation base on Hate Crimes has destroy my legacy. Violation base on Human Rights, Civil Rights, Constitutional Rights, National Origin, Religious just being of the living has been tortured and violated. The use of the torture mind control of every government of branch including Congress Presidential CIA, FBI, Military Forces, Gang Stalkers, Masonic Lodge, Many Famous people in Politics, Music, Movies, TV Shows all of The Masonic Lodge, Savack, Mkultra, Skull/Bones, ISIS, AND MANY OTHER ORAGANIZATIONS AND CULTS ALL OVER THE WORLD.

Major Corporations around the world has manipulate the system where my family security legacy and health has been violated. The United States Government is controlled by a shadow Government. These people use the system and sold my family and I as a celebrity pawn for talent, money and power to control the secrecy over humans legacy. Fake Fascist dictatorship were these people have found the power to denied our Constitutional Rights due process within the law. False arrest and illegal Presidential Experiments.

There Evil Deeds to destroy ones way of life. There intentions are to viciously observe there egregious violation of both my family and my personal Civil Liberties, they continues to use its coercive tactics of blackmail to hold my family hostage to force us to surrender our inherit protection under the United States Bill of Rights. The injustice my family and I were force to face a day to day basis of the Constitutional Rule of Law has been Violated in this Country. Abject violations of the U.S. Constitution,

which they continues to perpetrate without any oversight from the Department of Justice or the United States of Congress, with the use of Mind Control, All Black Operations, Savack use of Satanic cults of the Secret Service were enforce to destroy our way of life.

Health or Near Death Torture from High Officials in Society has use the forces of Direct Energy Weapons, Harmonic Technologies, Mkultra psychological Warfare and Savack interrogation experiments, these people prey on single mothers with children to use Mind Rape, electronic rape, holographic inserts of unwanted orgasms, unwanted touch, thoughts of unwanted sex and seeing people having sex in cult like activities, sexual porn activity, The force to steal, punish ,torture, murder one ideal self. Presidential Experiments include the deliberate infection of people with deadly or debilitating diseases ,exposing my family with human radiation from all sources of energy even from the planets in our solar system. Surgical Experiments test to mind altering substances causing damage to the brain stem, causes psychiatric problems of schizophrenia, MPD, behavior can be dramatically altered. Cooking of the arms, legs, muscles, eyes, heart, brain- maximum pain business, Burning sensations in body crawling sensations ,Heart frequency manipulation weapons, Nervous system, Body cells exploded inside, sleep beams, eye beam visibility reduces, through wall visions, seeing and being haunted by the dead from all over the world, witness to murder of sacrifice, Sub-vocal mind reading, voice to skull, microwaveable hearing, Audio spotlight holosonics equipment all of discomfort, RNM,EBL to read my state of mind, including self vocal thoughts and images on a non-volunteer subject.

Prostitution and assainaintion program of Manchurian Candidates is were me and my family has been victims of corruption of the government. Horrible torture that's torturing me half to death every day. Decimation against my family creditability from Federal withholding and trust of propriety of family royalties. The government has long abused the state security privilege to prevent accountability for torture. Crime is on torture, False Arrest is a crime and a civil harm. Imprisonment is the same as kidnapping, False statement of facts against me my character reputation either intentionally and negligently was published.

False Arrest with Aiding and Abetting - 2011 to 2016 ST-208-14, ST-148-11
Mind Control- unwanted sex, force to prostitution and assassination

STACEY E. PLASKETT
U.S. VIRGIN ISLANDS



COMMITTEE ON AGRICULTURE
COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

Date: January 12, 2017

To: Tia M. Gomez
P.O Box 7514
24A Estate Solberg
St. Thomas, VI 00801

Good Day Ms. Gomez,

I am writing you today to first of all, notify you that we have received your privacy release form with your inquiry attached. We are respectfully trying to find out exactly how we can assist you with your claims. In your inquiry you state that you have been a victim of and that you have issues with the following agencies: The Virgin Islands Police Department (local agency), The Justice Department, the National Security Agency, the Congress of Mind Control (we are not sure what that is), and the Presidential and Candidate (which is not quite clear as well).

In order to better serve you, we have to ask you if you can give us any specific examples of how you were mistreated by these agencies or individuals working for those agencies. I must remind you that we only work on Federal Inquiries and non-legal matters. If it is determined that your issues are legal matters, we would not be able to advise you in those matters other than to tell you that you may want to consider seeking legal help to assist you. We will wait for a response in this matter so that we know how to proceed. Thank you.

I hope this letter finds you well.

Warm Regards,

*[signature]*

Cletis G. Clendinen-Constituent Services Representative
District Office of Rep. Stacey E. Plaskett-VI (00)
cletis.clendinen@mail.house.gov
Phone: 340-774-4408
Fax: 340-774-8033



# Congresswoman Stacey E. Plaskett
### Representing the United States Virgin Islands

**Privacy Act Release Form**

In order to assist you with your inquiry please complete all applicable information on this form. An endorsed (original signature) form must be returned to the St. Croix or St. Thomas District Office in order to proceed with your claim. Only copies of relevant documents should be included, originals will not be accepted.

**Name:** Tia M. Gomez         **Date of Birth:** 11-04-84

**Address:** 8 F Estate Thomas

**City:** St. Thomas   **State:** USVI   **Zip Code:** 00801

**Daytime/Cell Phone:** 340-690-1161   **Email address:** sweetlu@gmail.com

**Agency in question:** Stacey Plaskett

**Social Security Number:** 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   **Alien Registration Number A:**

**Veteran's Claim Number:**   **Military ID Number:**

**Branch of Service:**

**Other Case or Claim Numbers:**

**Briefly explain concern, issue or information being requested:**

You sold me into mental slavery with the 702 program and I need your husband and son to release me of the Movement have report to congress of Bush.

The Privacy Act of 1974 prohibits the disclosure of personal information without the expressed written consent of that individual. I hereby give permission to Congresswoman Stacey E. Plaskett or any member of her staff to request and receive information from any involved agency to the problem described above.

**Signature:** Tia M. Gomez   **Date:** 6-23-22

# AFL-CIO Appalachian Council, Inc.
## Vocational Training Program, Pittsburgh Job Corps Center
### Pittsburgh, Pennsylvania

*This Certifies That*

**Tia Gomez**

*Having Satisfactorily Completed* **350** *Hours*

*Of Instruction in*

**Nursing Assistant**

*is Hereby Awarded This*

*Certificate of Achievement*

*Given This* **31st** *Day of* **October** 20**03**

_____  _____
Instructor                                Director

Operated for the U.S. Department of Labor, Employment and Training Administration